**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| God Kenneth Sego, ) | No. CV 07-8079-PCT-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| State of Arizona, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

*Pro se* Plaintiff God Kenneth Sego filed this action on August 20, 2007. He also filed an application for leave to proceed in forma pauperis ("IFP"). The Complaint in this action is 28 pages, the majority of which are photocopies of Court-published policies and procedures. The three hand-written pages specific to Plaintiff's lawsuit include the following statements: "Feds know we were elected to Mother Earth as Senior God"; "Univision Stole the #35831 & formed Univision"; "Feds Have to Pay Kenneth Sego A Salary to God of the U.S.A."; "Our Godlie [sic] Claim Made By the Good Lord God Kenneth W. Sego Have to be Paid Cases from 1925 the Misuse of the # 5381A . . ."; and "We will Settle Out of Court for 22 Million American $; Other than this We Gods; Office & All Citizens A trillion dollars A day in Godlie [sic] damages."

When a complaint is filed in forma pauperis, it must be dismissed prior to service of process if it is frivolous or malicious, fails to state a claim, or seeks monetary damages from

1  defendants who are immune from suit. See 28 U.S.C. § 1915(e)(2); see also Franklin v.
2  Murphy, 745 F.2d 1221, 1226-27 (9th Cir. 1984). A complaint is frivolous for purposes of
3  Section 1915(e) if it lacks any arguable basis in fact or in law. Neitzke v. Williams, 490 U.S.
4  319, 328-30 (1989). A complaint lacks an arguable basis in law only if controlling authority
5  requires a finding that the facts alleged fail to establish an arguable legal claim. Guti v. INS,
6  908 F.2d 495, 496 (9th Cir. 1990).

7  When a complaint is dismissed under § 1915(e), the plaintiff should be given leave
8  to amend the complaint with directions as to curing its deficiencies, unless it is clear from the
9  face of the complaint that the deficiencies could not be cured by amendment. See Cato v.
10 United States, 70 F.3d 1103, 1106 (9th Cir. 1995) (dismissal of complaint as frivolous).

11 In the instant case, Plaintiff fails to allege sufficient facts to place the defendant on
12 notice of the nature of his claims. See Fed.R.Civ.P. 8(a). Because this action appears
13 frivolous and fails to state a claim upon which relief can be granted, it is subject to dismissal
14 under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6). Furthermore,
15 the Court finds that the Complaint must be dismissed for failure to state a claim and because
16 it is frivolous. Plaintiff fails to allege any facts whatsoever, and fails to plead even a single
17 clearly cognizable injury, or the time or place such injury may have occurred. Furthermore,
18 Plaintiff has named the State of Arizona as Defendant but his statements appear to seek
19 money from the Federal Government. The Complaint makes no sense, and on that basis is
20 dismissed without prejudice.

21 Because of the extreme deficiencies in plaintiff's proposed § 1983 complaint, his
22 request to proceed IFP is denied and his case is dismissed without prejudice. 28 U.S.C. §
23 1915(e)(2)(B). Plaintiff shall have 20 days from the file date of this Order in which to file
24 an amended complaint. The Court advises plaintiff of his responsibility to research the facts
25 and law before filing a complaint in order to determine whether his claim for relief is
26 frivolous. If plaintiff files a frivolous action, he may be sanctioned. See Fed.R.Civ.P. 11.

27
28 **Accordingly,**

1 **IT IS HEREBY ORDERED** that the Complaint is dismissed without prejudice. 2 Plaintiff shall have 20 days from the file date of this Order in which to file an amended 3 complaint. The amended complaint must be rewritten or retyped in its entirety and may not 4 incorporate any part of the original complaint by reference. Any amended complaint 5 submitted by Plaintiff shall be clearly designated as such on the face of the document.

6 **IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis 7 (Doc. 2) is denied without prejudice.

8 **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter a 9 judgment of dismissal without prejudice and without further notice to Plaintiff, if Plaintiff 10 fails to timely file an amended complaint within 20 days from the file date of this Order.

11 DATED this 17th day of October, 2007.

_____
Mary H. Murguia
United States District Judge